IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 1:06-cr-00022-MP-AK

WILLIE DAMOND GREEN,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 65, Motion to Continue Sentencing, filed by Willie Damond Green.  The government does not oppose the motion.  The motion is granted, and sentencing is hereby reset for Thursday, June 7, 2007, at 9:30.

**DONE AND ORDERED** this  *8th*   day of March, 2007

          *s/Maurice M. Paul*
          Maurice M. Paul, Senior District Judge