IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:06-cr-00022-MP-AK

WILLIE DAMOND GREEN,

    Defendant.
_____/

## **O R D E R**

A sentencing hearing was commenced regarding Mr. Green on June 7, 2007. At the outset of the hearing, Mr. Green orally moved to continue the sentencing. The motion is granted, and sentencing is reset for Thursday, August 2, 2007, at 3:00 p.m.

**DONE AND ORDERED** this  *7th*  day of June, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge