IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:06-cr-00022-MP-AK

WILLIE DAMOND GREEN,

    Defendant.
_____/

## O R D E R

This matter is before the Court on an oral motion to continue the sentencing hearing, made by Defendant Willie Green.  In open court, Defendant Green moved to continue his sentencing, currently scheduled for August 2, 2007.  The Government agreed to the request.  The motion is granted, and sentencing is hereby reset for Thursday, August 23, 2007, at 1:30 p.m.

    **DONE AND ORDERED** this   *1st*  day of August, 2007

                  *s/Maurice M. Paul*
               Maurice M. Paul, Senior District Judge